UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:  
    Kenneth Banks &,  
        Michelle Wilson-Banks  

    Debtor.  
_____//

FILE NO.: GK 10-11354  
CHAPTER 13  
Hon. James D. Gregg  
Filed: 9/20/2010

### 1st PRE-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

NOW COME the Debtors, Kenneth Banks and Michelle Wilson-Banks and hereby amend their Chapter 13 Plan as follows:

1. Creditor GMAC( Ally Financial) will be paid as an unsecured creditor for deficiency claim of $1881.12 that is related to the lease the of 2007 Malibu.

2. Debtors timeshares are located in Orlando Florida.

In all other respects, the Plan previously filed remains unchanged.

Dated:_____       /s/ Kenneth Banks  
                                    Kenneth Banks, Debtor

Dated:_____       /s/ Michelle Wilson-Banks  
                                    Michelle Wilson-Banks Debtor

Dated:_____       /s/ Kerry D. Hettinger  
                                    Kerry D. Hettinger (P53569)  
                                    Hettinger & Hettinger, P.C.  
                                    200 Admiral Avenue  
                                    Portage, Michigan 49002-3503  
                                    (269) 344-1100

HETTINGER & HETTINGER, P.C.  
ATTORNEYS AT LAW  
KALAMAZOO  
MICHIGAN  
49002